UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACK ROGERS, F/K/A HANNAH ROGERS,<br><br>       Plaintiff,<br><br>-against-<br><br>RISEUP FINANCIAL GROUP, LLC,<br><br>       Defendant. | 25-cv-7355 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Defendant filed a "First Motion for Discovery" on November 20. Dkt. 11. This appears to be a discovery request that should have be served on opposing counsel. Fed. R. Civ. P. 34. It should not be docketed nor listed as a motion for the Court to resolve. Parties should not move for the Court to compel discovery until they have met and conferred in good faith. Fed. R. Civ. P. 37 (a)(1).

  The motion is therefore DENIED as premature. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 11.

  SO ORDERED.

Dated: November 24, 2025
    New York, New York

                    _____
                      ARUN SUBRAMANIAN
                      United States District Judge