UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jack Rodgers f/k/a Hannah Rodgers,<br><br>                              Plaintiff,<br><br>          -against-<br><br> RiseUp Financial Group, LLC,<br><br>                              Defendant. | 25-CV-7355 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's September 5, 2025 Order, Dkt. 5, the parties were required to file a joint letter, the contents of which are described in the order and in Dkt. 7, the Wednesday before the initial conference.  To date, the parties have not filed that letter. The parties are ORDERED to meet and confer and file the required materials by **December 2, 2025**.

      SO ORDERED.

Dated:  December 1, 2025
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge